App. Div. 382, 87 N. Y. Supp. 369, is decisive of this appeal; but, were it not for the controlling authority thereof, Justices Laughlin and Clarke would dissent on the grounds stated in the dissenting opinion therein. It follows that the judgment should be affirmed, with separate bills of costs to the respondents appearing separately, with leave to plaintiff to serve an amended complaint within 20 days from the service of the order to be entered hereon, on payment of the costs in this court and in the court below.

In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York, for the appointment of three commissioners to determine and report whether a rapid transit railway or railways for the conveyance and transportation of persons and property, as determined by the board, ought to be constructed and operated over Thirty-Fourth street route in the county of Queens. No opinion. Order designating newspapers for publication of notice signed.

BOGERT, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK. Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Frank M. Bogert against the board of education of the city of New York. No opinion. Interlocutory judgment affirmed, with costs.

BONNY, Respondent, v. BONNY, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by George H. Bonny against Frederick C. Bonny. No opinion. Judgment affirmed, with costs.

In re BOOM. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Matter of Maurice Boom. No opinion. Motion denied, with $10 costs.

BOSSERT et al., Appellants. v. SELDNER, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Louis Bossert and John Bossert against Amalie Seldner, and Frederick N. Dubois, Frank W. Blauvelt, and Erastus E. Haff, composing the firm of F. N. Dubois & Co., and George Haefner and others. PER CURIAM. Judgment modified by inserting a provision that the defendant Seldner recover of the plaintiffs her costs in the action, exclusive of the referee's and stenographer's fees upon the reference, and also inserting a provision that such fees be paid by the defendants Seldner and Haefner. Judgment, as modified, affirmed, without costs.

BRADY, Respondent, v. WEBB, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by William A. Brady against W. Seward Webb, impleaded with others. C. P. Anderson, for appellant. N. Vidaver, for respondent.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, upon payment of costs in this court and in the court below.

O'BRIEN, P. J., dissents.

BRANDMEIER, Respondent, v. DEMUTH GLASS MFG. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Philip Brandmeier against the Demuth Glass Manufacturing Company, impleaded, with others, etc. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that no proof of notice of dishonor was given, as required by statute.

BRANDT, Appellant, v. AMERICAN RY. TRAFFIC CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Louis Brandt, an infant, by Margaret Brandt, his guardian ad litem, against the American Railway Traffic Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BREIDENBACH, Respondent, v. MAYER, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Rudolph A. Breidenbach against David Mayer. M. Mayer, for appellant. G. Malraison, for respondent. No opinion. Judgment affirmed, with costs.

BRENNAN, Respondent, v. MALLOY, REXFORD & CO., Appellants. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Michael Brennan against Malloy, Rexford & Co. No opinion. Motion denied.

BRIDGES et al. v. WADE. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by James T. Bridges and another against George B. Wade. No opinion. Motion denied, with $10 costs.

BRIGGS, Respondent, v. WEEKS et al, Appellants. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Philena Briggs against Alice I. Weeks and another. No opinion. Motion to place cause on calendar of present term granted.

BRIMBERG, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Henry Brimberg against Edgar B. Newman, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRIODY, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Bernard Briody, administrator, etc., of John Briody, deceased, against Edward F. Milliken and Foster Milliken, composing the firm of Milliken Bros. No opinion. Judgment unanimously affirmed, with costs.